UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KELLY SURTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01019-CMS |
| | ) | |
| CITY OF O'FALLON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order entered this same date, **IT IS HEREBY ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendants Godfrey and Follmer's Motions to Dismiss Counts I, II, and V (Docs. 26, 53) are **GRANTED**. Counts I, II, and V of the Amended Complaint are dismissed.

**IT IS FURTHER ORDERED** that Defendants Ashley, Frkovic, and Misuraca's Motion to Dismiss Count II (Doc. 34) is **GRANTED**. Count II of the Amended Complaint is dismissed.

**IT IS FURTHER ORDERED** that Defendants City of St. Charles, City of St. Peters, and City of O'Fallon's Motions to Dismiss Count III (Docs. 28 and 36) are **GRANTED**. Count III of the Amended Complaint is dismissed.

**IT IS FURTHER ORDERED** that Defendants City of St. Charles, City of St. Peters, and Godfrey's Motion to Dismiss Count IV (Doc. 24), Defendants Ashley, City of O'Fallon, Frkovic, and Misuraca's Motion to Dismiss Count IV (Doc. 38), and Defendant Follmer's Motion to Dismiss Count IV (Doc. 51) are **GRANTED**. Count IV of the Amended Complaint is dismissed.

**IT IS FINALLY ORDERED** that the Clerk of Court is ordered to close this case.

Dated this 3rd day of September 2026.

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE